

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00244-CR

Christopher **KINES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 16-07-153-CRW
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The State's brief is due November 12, 2019. On November 4, 2019, the State filed a motion requesting a sixty (60) day extension of time. After consideration, we **GRANT** the State's request and **ORDER** the brief due **by January 13, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court